JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

JEFFREY B. SCHENK (CABN 234355)
Assistant United States Attorney

    150 Almaden Blvd., Suite 900
    San Jose, California 95113
    Telephone: (408) 535-2695
    Fax: (408) 535-5066
    jeffrey.b.schenk@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 09-00031-JW |
| Plaintiff, | ) | |
| | ) | **PETITION FOR AND WRIT** |
| | ) | **OF HABEAS CORPUS** |
| v. | ) | **AD PROSEQUENDUM** |
| | ) | |
| LEANNA DAWN WILLIAMS, | ) | Date: March 26, 2009 |
| | ) | Time: 9:30 a.m. |
| Defendant. | ) | |

TO:    The Honorable Howard R. Lloyd, United States Magistrate Judge of the United States District Court for the Northern District of California:

The petition of Jeffrey Schenk, Assistant United States Attorney, respectfully requests that this Court issue a Writ of Habeas Corpus Ad Prosequendum for the person, LEANNA DAWN WILLIAMS, FBI 491674LB1, of whose place of custody and jailor are set forth in the requested Writ, attached hereto.

**PETITION FOR AND WRIT OF
HABEAS CORPUS AD PROSEQUENDUM**

WHEREFORE, your petitioner prays that this Honorable Court do forthwith order that the attached Writ of Habeas Corpus Ad Prosequendum issue the Writ as presented.

Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

DATED: March 17, 2009                    /s/
                                         JEFFREY SCHENK
                                         Assistant United States Attorney

Based upon the application of the United States Attorney set forth above, and good cause appearing therefore, the application for a petition directing the issuance of a Writ of Habeas Corpus Ad Prosequendum requiring the production of LEANNA DAWN WILLIAMS, FBI 491674LB1, forthwith for an initial appearance before the Honorable Howard R. Lloyd on March 26, 2009 at 9:30 a.m., or as soon thereafter as possible, is granted.

IT IS SO ORDERED.

DATED: _____

                                         HOWARD R. LLOYD
                                         United States Magistrate Judge

**PETITION FOR AND WRIT OF
HABEAS CORPUS AD PROSEQUENDUM**

<u>TO THE PRESIDENT OF THE UNITED STATES OF AMERICA</u>

TO: LEANNA DAWN WILLIAMS, United States Marshal, Northern District of California, and/or any of his authorized deputies, and Jailor Elmwood Women's Correction Facility, Milpitas, CA

<u>GREETINGS</u>

We command that on March 26, 2009 at 9:30 a.m., or as soon thereafter as possible, you have and produce the body of LEANNA DAWN WILLIAMS, FBI 491674LB1, in your custody at the U.S. Marshals Office, 280 S. First Street, San Jose, California from Elmwood Women's Correctional Facility, for initial appearance on March 26, 2009, or as soon thereafter as possible.  We further command that at the government or Court's request you bring LEANNA DAWN WILLIAMS, FBI 491674LB1, to the Courtroom of the Honorable Howard R. Lloyd, United States District Court, 280 S. First Street, 5th Floor, San Jose, California, and that immediately after the conclusion of the hearing, you return her forthwith to Elmwood Women's Correctional Facility, or abide by such order of the Court concerning the prisoner.  We further command that you produce said prisoner at all times necessary until the termination of the proceedings in this case.

WITNESS the Honorable Howard R. Lloyd, United States Magistrate Judge, United States District Court for the Northern District of California.

DATED:                                        CLERK, UNITED STATES DISTRICT COURT
                                              NORTHERN DISTRICT OF CALIFORNIA

                            By: _____
                                DEPUTY CLERK

**PETITION FOR AND WRIT OF
HABEAS CORPUS AD PROSEQUENDUM**